United States District Court
Southern District of Texas
**ENTERED**
January 24, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MANUEL MANSILLA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-297 |
| | § | |
| WS ENERGY SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

Pending is the parties' Joint Motion for Approval of Settlement Agreement of Dismissal with Prejudice. (D.E. 19). Having reviewed the terms of the settlement, the pleadings in this case, and the issues presented therein, the Motion is **GRANTED**. The settlement agreement is approved, including all terms set forth in the agreement filed with the Court. (D.E. 18). This action is **DISMISSED with prejudice**. The Clerk of Court is **DIRECTED** to close this case.

ORDERED this 23rd day of January, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE